UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: BRANDON, SHARON R

Case No. 07-08197
Chapter 7

Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/09/2009          By: /s/BRADLEY J. WALLER
                                                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BRANDON, SHARON R

Case No. 07-08197
Chapter 7

_____,
Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,522.89 |
| *and approved disbursements of* | $ 250.00 |
| *leaving a balance on hand of* [1] | $ 17,272.89 |

Claims of secured creditors will be paid as follows:

*Claimant*                   *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 2,502.29 | $ 227.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

                                   N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 152,269.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | American General Finance | $ 1,069.63 | $ 102.17 |
| 3 | US BANK NA/RETAIL PAYMENT SOLUTIONS | $ 20,491.92 | $ 1,957.22 |
| 4 | UMLI/UM Capital LLC | $ 50,806.49 | $ 4,852.63 |
| 5 | LVNV Funding LLC its successors and assigns as Citibank | $ 1,880.32 | $ 179.59 |
| 6 | LVNV Funding LLC - Resurgent Capital Services | $ 7,104.79 | $ 678.59 |
| 7 | LVNV Funding LLC its successors and assigns as Citibank | $ 8,701.94 | $ 831.14 |
| 8 | Capital Recovery One | $ 417.50 | $ 39.88 |
| 9 | Capital Recovery One | $ 528.63 | $ 50.49 |
| 10 | GE Consumer Finance | $ 11,907.88 | $ 1,137.35 |
| 11 | Dyck-O'Neal, Inc. | $ 49,360.72 | $ 4,714.54 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,669.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 12-2 | American General Finance | $ 2,669.63 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 07-08197   Doc 59   Filed 12/10/09   Entered 12/10/09 10:05:32   Desc Main
                         Document     Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: mmiller          Page 1 of 1           Date Rcvd: May 07, 2007
Case: 07-08197                 Form ID: b9a           Total Served: 29
```

The following entities were served by first class mail on May 09, 2007.
```
db          +Sharon R Brandon,    3604 Tee Court North,    Crete, IL 60417-1043
aty         +Joseph R Doyle,    Bizar & Doyle, LLC,    407 S. Dearborn St.,   Suite 1300,
              Chicago, IL 60605-1118
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11347057    +American General Finance,    601 NW Second St.,    PO Box 59,   Evansville, IN 47701-0059
11347058    +Blatt Hasenmiller Leibsker & Moore,    125 S. Wacker Dr., #400,   Chicago, IL 60606-4440
11347060    +CCA,   PO Box 601,    Norwell, MA 02061-0601
11347062    +Citibank,    Pencader Corp Ctr,    110 Lake Dr.,   Newark, DE 19702-3317
11347063    +City of Chicago,    Department of Water Mangagement,    PO Box 6330,   Chicago, IL 60680-6330
11347064    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
11347065    +Corporate Receivables, Inc,    PO Box 32995,    Phoenix, AZ 85064-2995
11347066    +Freemont Investment & Loan,    175 N. Riverview Dr.,   Anaheim, CA 92808-1225
11347067    +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
11347068    +Home Depot,    825 E Dundee Road,    Palatine, IL 60074-2854
11347070    +Litton Mortgage Service Center,    24 E. Greenwa Plaza, #712,    Houston, TX 77046-2401
11347071    +Menards,    PO Box 17602,    Baltimore, MD 21297-1602
11347073    +NCO Financial,    PO Box 15630,    Dept. 72,   Wilmington, DE 19850-5630
11347072    +National Asset Recovery, Inc,    5901-C Peachtree Dunwoody Road,    Suite 550,
              Atlanta, GA 30328-5382
11347074    +Payment Processing Center,    Attn: Stephen Boyd,    PO Box 723115,   Atlanta, GA 31139-0115
11347075     Peoples Gas,    103 E. Randolph St.,    Chicago, IL 60601
11347076    +Projectline,    PO Box 981439,    El Paso, TX 79998-1439
11347077    +Sprint PCS,    PO Box 541023,    Los Angeles, CA 90054-1023
11347078    +US Bank,    205 W. Fourth Street,    3rd Floor,   Cincinnati, OH 45202-4818
11347080    +Wexler & Wexler,    500 W. Madison St.,    Suite 2910,   Chicago, IL 60661-2587
```

The following entities were served by electronic transmission on May 08, 2007.
```
11347056    +Fax: 815-932-8083 May 08 2007 03:29:25      American General Finance,   1010 N. 5th Ave.,
              Kankakee, IL 60901-2012
11347055    +Fax: 708-598-8086 May 08 2007 03:20:55      American General Finance,   7245 W. 87th St., Unit 4,
              Bridgeview, IL 60455-1821
11347059    +EDI: CAPITALONE.COM May 07 2007 23:41:00      Capital One,   PO Box 85520,   Interal Zip 12030-163,
              Richmond, VA 23285-5520
11347061    +EDI: CHASE.COM May 07 2007 23:40:00      Chase,   PO Box 659409,   San Antonio, TX 78265-9409
11347062    +EDI: CITICORP.COM May 07 2007 23:40:00      Citibank,   Pencader Corp Ctr,   110 Lake Dr.,
              Newark, DE 19702-3317
11347069    +EDI: TSYS.COM May 07 2007 23:40:00      JC Penney,   PO Box 981402,   El Paso, TX 79998-1402
11347078    +EDI: USBANKARS.COM May 07 2007 23:40:00      US Bank,   205 W. Fourth Street,   3rd Floor,
              Cincinnati, OH 45202-4818
11347079    +EDI: TSYS.COM May 07 2007 23:40:00      Wal Mart,   PO Box 981400,   El Paso, TX 79998-1400
                                                                                             TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2007           Signature:  _Joseph Speetjens_